Stanley Fleurant                                     12/14/19

Hey How are you doing Today my name is Fleurant and I wanted to get a new up Date of my Docket case #1:13-cr-20741-BB-2 I want my new Docket under the new Docket that I had file I am at pollock-usp United States penitentiary post office Box 2099 pollock, LA 71467 PRO SE and I want to no what day file my 2255 and I want a new up date Think you.

FILED BY PG D.C.

DEC 23 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Stanley Faurent #04203104
USP Pollock
P.O. Box 2099
Pollock, LA 71467

SHREVEPORT LA 710
16 DEC 2019 PM 3 L

WILKIE D. FERGUSON, JR.
UNITED STATES COURTHOUSE
400 North Miami Avenue, Room 8N09
Miami, Florida 33128-7716